UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PANGEA CAPITAL MANAGEMENT, LLC        :

              Petitioner,        : Case No.: 16-Civ. 00840 (LAK)

      -against-        :

JOHN R. LAKIAN        : **NOTICE OF CROSS-MOTION**
           Respondent.        : **FOR THE IMPOSITION OF**
                                           **ATTORNEYS' FEES**
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the affidavit of Dean G. Yuzek, Esq., sworn to May 13, 2016, the exhibits thereto, the accompanying Memorandum of Law in Opposition to Motion to Vacate, in Support of Petition to Confirm Arbitration Award, and in Support of Cross-Motion for Imposition of Attorneys' Fees, and all the papers and proceedings heretofore had herein, petitioner Pangea Capital Management, LLC will cross-move this Court at the Courthouse, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order imposing attorney's fees pursuant to 28 U.S.C. § 1927, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 13, 2016

                                         **INGRAM YUZEK GAINEN CARROLL**
                                       **& BERTOLOTTI, LLP**

                           By: _____
                                     Dean G. Yuzek
                                     Caitlin L. Bronner
                         *Attorneys for Petitioner*
                         *Pangea Capital Management, LLC*
                         250 Park Avenue
                         New York, New York 10177
                         (212) 907-9600
                         dyuzek@ingramllp.com
                         cbronner@ingramllp.com

518993_1/03257-0002