# EXHIBIT B

# Advertising Spending To Date



| | | |
|---|---|---|
| Project Name: | 48596_Gems Realty_3 Nostrand Parkway_SI_34166 | |
| Advertising Spending To Date To: | PENELOPE MOORE | |

| 48596 | |
|---|---|
| Advertising Spending To Date Date: | 3 Oct 2016 |
| Date Due: | 4 Oct 2016 |
| Terms: | At Closing |
| Payments To: | Payment made when property goes to closing. |

### Line Items

| NAME | QTY | RATE | AMOUNT |
|---|---|---|---|
| INT + EXT PHOTOGRAPHY | 1.00 | 375.00 | 375.00 |
| PALM BEACH THE ISLAND<br>MARCH-APRIL 2016 | 1.00 | 5000.00 | 5,000.00 |
| SI REPORTER: WEEK OF 3/17/16 | 1.00 | 200.00 | 200.00 |
| EH STAR WEEK OF 3/31/16 | 1.00 | 585.00 | 585.00 |
| SI REPORTER: WEEK OF 4/14/16 | 1.00 | 200.00 | 200.00 |
| EH STAR & PRESS 5/26/16 WATERFRONT LIVING | 1.00 | 120.00 | 120.00 |
| AERIAL PHOTOGRAPHY | 1.00 | 475.00 | 475.00 |
| HOH SAUNDERS COLLECTION MAY 2016 | 1.00 | 675.00 | 675.00 |
| SAUNDERS SUMMER 2016 SALES BOOK | 1.00 | 1850.00 | 1,850.00 |
| SI REPORTER WEEK OF 6/9/16<br>full page | 1.00 | 550.00 | 550.00 |
| SI REPORTER WEEK OF 6/30/16 | 1.00 | 550.00 | 550.00 |
| LISTING SYNDICATION FEE | 1.00 | 1500.00 | 1,500.00 |
| SIGNAGE | 1.00 | 150.00 | 150.00 |
| JUMP VISUAL FLOOR PLAN<br>MAIN HOUSE & GUEST HOUSE | 1.00 | 625.00 | 625.00 |
| DRONE PHOTOS | 1.00 | 300.00 | 300.00 |
| IMAGINATION VIDEO | 1.00 | 3280.00 | 3,280.00 |
| ARCHITECTURAL DIGEST JULY 2016 | 1.00 | 2500.00 | 2,500.00 |
| ARCHITECTURAL DIGEST AUGUST 2016 | 1.00 | 2500.00 | 2,500.00 |
| ARCHITECTURAL DIGEST SEPTEMBER 2016 | 1.00 | 2500.00 | 2,500.00 |

| | | | |
|---|---|---|---|
| HAMPTONS MONTHLY 8/18/16-8/30/16 | 1.00 | 5000.00 | 5,000.00 |
| STATEN ISLAND REPORTER MARKET REPORT INSERTS 16 -- $250/EACH | 1.00 | 4000.00 | 4,000.00 |
| | SubTotal | | $ 32,935.00 |
| | Tax (0.00%) | | Tax Exempt |
| | **Total** | | **$32,935.00** |

{Enter your company's contact information here - go to Invoice Settings to update this}