UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PANGEA CAPITAL MANAGEMENT, LLC,

                Petitioner,

      -against-                                        16-cv-0840 (LAK)

JOHN R. LAKIAN,

                Respondent.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-2016

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This matter is before the Court on petitioner Pangea Capital Management, LLC's Petition to Confirm Arbitration Award [DI 1] and respondent John R. Lakian's Motion to Vacate or Modify Arbitration Award [DI 29]. For substantially the reasons stated on the record during the proceedings of October 28, 2016, and those in petitioner's brief, the Court confirms the subject arbitration award and denies respondent's motion to the extent it seeks to vacate or amend that award.

        The Court's prior order of attachment against respondent's real property at 6 Bootlegger Alley and 3 Nostrand Parkway, Shelter Island, New York continues beyond entry of judgment for petitioner until that judgment is fully satisfied.[1] The Court further orders the parties to file, as soon as practicable, a proposed order with respect to the sale of the real property as discussed at the October 28 proceedings.

        SO ORDERED.

Dated:      November 9, 2016

                                                            Lewis A. Kaplan
                                                            United States District Judge

---

[1] *See* N.Y. C.P.L.R. 6224; *Cooke v. Wozen Equities, Inc.*, 143 Misc. 2d 578, 579, 540 N.Y.S.2d 629, 630 (Sup. Ct. 1988).