# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**CHESTER R. OSTROWSKI**
Partner
costrowski@mclaughlinstern.com
Direct Dial:  (212) 455-0454

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066

www.mclaughlinstern.com

**MILLBROOK, NY**
**WESTPORT, CT**
**WEST PALM BEACH, FL**
**NAPLES, FL**

November 21, 2016

**<u>VIA E-FILING</u> (CM/ECF)**
Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***Pangea Capital Management, LLC v. John R. Lakian*,**
           **Case No. 1:16-cv-00840-LAK**

Dear Judge Kaplan:

In accordance with the Court's Order dated November 17, 2016 [CM/ECF Doc. 78], respondent John R. Lakian ("<u>Lakian</u>") hereby objects to the proposed form of judgment submitted by petitioner Pangea Capital Management, LLC ("<u>Petitioner</u>") under cover letter dated November 14, 2016.

In short, it appears that Petitioner improperly calculated pre-judgment interest at the rate of nine percent (9%) per annum on the total principal amount from September 15, 2013 through November 14, 2016. However, Paragraph 22 of the Amended Partial Final Award dated January 15, 2016 (the "<u>Award</u>") clearly and unambiguously states that pre-judgment interest on the "treble damages" portion of the Award – $9,931,452 – is to be calculated only "from the date of this award" (*i.e.*, from January 15, 2016; *not* September 15, 2013). Petitioner's miscalculation of pre-judgment interest appears to have resulted in an overstatement of the proposed judgment amount by approximately $1.8 million.

Based on the foregoing, Lakian respectfully submits the proposed counter-judgment attached hereto as **Exhibit A**. Lakian further joins the request previously made by intervenor Andrea Lakian to hold the entry of the proposed judgment in abeyance until the contemplated sale of the real property located at 6 Bootleggers Alley, Shelter Island, New York, and 3 Nostrand Parkway, Shelter Island, New York, is completed.

**MCLAUGHLIN & STERN, LLP**
Hon. Lewis A. Kaplan, U.S.D.J.
November 21, 2016
Page 2

Respectfully submitted,

Chester R. Ostrowski

cc: All Counsel of Record (via CM/ECF)