**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PANGEA CAPITAL MANAGEMENT, LLC, : Case No.: 1:16-cv-00840-LAK

     Petitioner, : Hon. Lewis A. Kaplan

   -against- :

    : **JUDGMENT**

JOHN R. LAKIAN, :

    Respondent. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-2016
```

Petitioner Pangea Capital Management, LLC, by its attorneys, Ingram Yuzek Gainen Carroll & Bertolotti, LLP, having petitioned the Court to confirm the Amended Partial Final Award decided on January 15, 2016 (the "Arbitration Award"); respondent John R. Lakian, by his attorneys, McLaughlin & Stern, LLP, having moved to vacate or modify the Arbitration Award; the matter having come before the Court to be heard on October 28, 2016; the Court, by Order dated November 9, 2016, having confirmed the Arbitration Award and having denied Respondent's motion to vacate or modify the Arbitration Award; the Court, having also determined in the Order that the Court's prior order of attachment against Respondent's real property at 6 Bootleggers Alley and 3 Nostrand Parkway, Shelter Island, New York continues beyond entry of judgment for the Petitioner until the judgment is fully satisfied; and, the Court having transmitted the Order to the Judgments and Orders Clerk on November 9, 2016; it is,

**ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's Order of November 9, 2016, the Arbitration Award is confirmed and final Judgment is entered in favor of Pangea Capital Management, LLC and against John R. Lakian in the total amount through November 21, 2016 of $14,452,193.22, computed as follows: punitive damages in the sum of $1,000,000.00; treble damages in the principal sum of $9,931,452.00, plus interest thereon at the statutory rate of 9% per annum from January 15, 2016 through November 21, 2016 in the sum of

$761,592.72; costs of the arbitration in the principal sum of $286,763.75, plus interest thereon at the statutory rate of 9% per annum from September 15, 2013 through November 21, 2016 in the sum of $82,234.42; attorneys' fees in the principal sum of $1,754,192.48, plus interest thereon at the statutory rate of 9% per annum from September 15, 2013 through November 21, 2016 in the sum of $503,044.73; and arbitration fees in the sum of $132,913.12; and, it is

**FURTHER ORDERED, ADJUGED AND DECREED** that, per diem post-judgment interest on the foregoing Judgment of $14,452,193.22 calculated through November 21, 2016, or such higher amount attributable to per diem pre-judgment interest if the Judgment is entered after November 21, 2016, shall accrue at the applicable rate for judgments entered in this Court specified in 28 U.S.C. § 1961(a); and, it is

**FURTHER ORDERED, ADJUGED AND DECREED** that, the Court's order of attachment against the real property at 6 Bootleggers Alley and 3 Nostrand Parkway, Shelter Island, New York continues beyond entry of this Judgment for Pangea Capital Management, LLC until the Judgment is fully satisfied.

Dated: New York, New York

_Nov. 21_, 2016

HON. LEWIS A. KAPLAN, U.S.D.J.

2